1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10                            WESTERN DIVISION

11

12  GENEVA TRIPLETT,                )     No. CV 09-4938 CW
                                    )
13                 Plaintiff,       )     JUDGMENT
                                    )
14          v.                      )
                                    )
15  MICHAEL J. ASTRUE,              )
    Commissioner, Social Security   )
16  Adminstration,                  )
                                    )
17                 Defendant.       )
    _____)

18

19       **IT IS ADJUDGED** that this action is remanded to defendant for

20  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21  and consistent with the accompanying Decision and Order.

22

23  DATED: July 27, 2010

24

25                              _____
                                        CARLA M. WOEHRLE
26                              United States Magistrate Judge

27

28