**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| GENEVA TRIPLETT, | ) | No. CV 09-4938 CW |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

  Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

  IT IS ORDERED that fees and expenses in the amount of $2,500.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($2,500.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: October 26, 2010

_____
CARLA M. WOEHRLE
United States Magistrate Judge